UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/28/2023

**ZHANG,**

                  **Plaintiff,**

          -against-

**WESELEY, ET AL.,**

                  **Defendants.**

**23-cv-00014 (ALC)**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Plaintiff's pre-motion conference letters, ECF Nos. 32-33, 42, and Defendants'[1] response. ECF No. 34. Plaintiff seeks to amend her complaint a second time and to file a motion to disqualify counsel. Per the Court's Order dated May 25, 2023, the parties are currently briefing the Defendants' motions to dismiss and Plaintiff's response is due July 7, 2023. ECF No. 26.

      The Court will hold a telephonic conference on **July 17, 2023 at 12:00 PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**. The parties should be prepared to address the Plaintiff's requests.

      Additionally, the Court will hold the current briefing schedule in abeyance. This means the briefing schedule set by the Court is temporarily terminated and the current deadlines are cancelled. The Court will impose a new briefing schedule after the telephonic conference.

---

[1] Defendants NYU Langone Eye Center, NYU Grossman School of Medicine and Peter Weseley responded to the Plaintiff's PMC letters. ECF No. 34. Defendant New York Eye and Ear Infirmary of Mount Sinai ("NYEEI") has not responded

**SO ORDERED.**

Dated:   **June 28, 2023**
        **New York, New York**

*[signature: Andrew L. Carter]*

**ANDREW L. CARTER, JR.**
**United States District Judge**