USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  7/17/2023_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ZHANG,

                **Plaintiff,**

        **-against-**

WESELEY, ET AL.,

            **Defendants.**

**23-cv-00014 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in today's Conference, Plaintiff is hereby **GRANTED** leave to file her motion to disqualify counsel on or by **July 20, 2023**. Plaintiff is also hereby **GRANTED** leave to amend her amended complaint on or by **July 20, 2023**. Defendants' response to Plaintiff's motion to disqualify and Defendants' renewed motions to dismiss shall be filed on or by **September 18, 2023**. Plaintiff's opposition to Defendants' renewed motions to dismiss is due on or by **September 25, 2023**. Defendants' replies, if any, are due on or by **October 2, 2023**.

Defendants' pending motions to dismiss are **DENIED without prejudice** with leave to renew.

**SO ORDERED.**

**Dated:**    **July 17, 2023**
             **New York, New York**

                        **ANDREW L. CARTER, JR.**
                        **United States District Judge**