USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/4/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZHANG,

                          Plaintiff,

            -against-                                    23-cv-00014 (ALC)

WESELEY, *et al.*,                                       **ORDER**

                          Defendants.


**ANDREW L. CARTER, United States District Judge:**

        The Court will hold a telephonic conference on **March 7th, 2024 at 3:00 PM Eastern Time**

to discuss the Parties' pending motions.  The Parties should contact the Court at **1-888-363-4749**

**(access code: 3768660)**.

**SO ORDERED.**

Dated:    **March 4, 2024**
          **New York, New York**

                                          _____
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**