UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZHANG, | |
| **Plaintiff,** | |
| -against- | 23-cv-00014 (ALC) |
| | **ORDER** |
| WESELEY, *et al.*, | |
| **Defendants.** | |

**ANDREW L. CARTER, United States District Judge:**

Defense counsel is ORDERED to submit an affidavit confirming that the NYU Defendants have waived any potential conflict on or by **March 18, 2024**.

**Dated: March 11, 2024**
      **New York, New York**                           **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**