**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
HONGWEI ZHANG,

                      Plaintiff,                                                   23 **CIVIL** 0014 (ALC)

      -against-

                                                                                 **JUDGMENT**

PETER WESELEY, NEW YORK EYE & EAR
INFIRMARY, NYU LANGONE HEALTH, NYU
GROSSMAN SCHOOL OF MEDICINE, and
MICHAEL BROWDY,

                      Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum and Opinion dated March 19, 2025, the Defendants' Motion

to Dismiss is GRANTED with prejudice and without leave to amend.

**Dated:**  New York, New York

       March 20, 2025

                                               **TAMMI M HELLWIG**

                                                **Clerk of Court**

**BY:**

                                                **Deputy Clerk**